**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:11CR-13-1-R**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

VS.

WAAD RAMADAN ALWAN (1)                                                                                  DEFENDANT

**O R D E R**

This case was called in open court on December 16, 2011 for a change of plea hearing in Bowling Green, Kentucky.   Appearing for the United States was Michael A. Bennett, Bryan R. Calhoun, AUSA and Lawrence Schneider, U.S. Department of Justice.   The defendant, Waad Ramadan Alwan,  was present in custody,  with Scott T. Wendelsdorf,  Federal Public Defender.

Michelle Kerr, Official Court Reporter, recorded the proceedings in the Official Court Record.

Irene Ishoo, Certified Arabic Interpreter, Interpreted Arabic to the Defendant.

The Defendant, by counsel, advised the Court that he wished to change his plea of not guilty previously entered to a plea of **guilty as to Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23** of the Indictment pursuant to a written plea agreement and Rule 11(c)(1)(B).  The supplemental plea agreement shall be filed **under seal**.

The Court found the Defendant competent to enter the plea, that Defendant wished to waive his Constitutional rights, and that the plea was made with advice of counsel.  The Defendant was advised of the maximum and minimum sentences which could be imposed.  A factual basis for the plea was established.

**IT IS ORDERED:**

l.  This matter is passed to **April 3, 2012 at 12:00 Noon in Bowling Green, Kentucky** for review of the presentence report and acceptance or rejection of the plea agreement.

2.  The Defendant is remanded to the custody of the U.S. Marshal.

cc:     U. S. Attorney
        Defense Counsel
        U. S. Marshal
        U. S. Probation

B|60